BINGHAM McCUTCHEN LLP
JAMES SEVERSON (SBN 67489)
JACQUELINE BRONSON (SBN 222169)
E-mail: james.severson@bingham.com
E-mail: jacqueline.bronson@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Phone:  (415) 393-2000
Fax: (415) 393-2286

Attorneys for Defendant
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| MARINA KALINOWSKI, | Case No. **09-cv-02322-JW** |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| v. | |
| T-MOBILE USA, INC., and DOES 1 through 10, | |
| Defendants. | Complaint Filed:  April 24, 2009<br>Trial Date:  None Set |

Plaintiff Marina Kalinowski and Defendant T-Mobile hereby jointly request that the Court modify its May 26, 2009 and May 28, 2009 orders which collectively set a case management conference for this case on October 5, 2009 and corresponding ADR and Federal Rule of Civil Procedure 26 deadlines.

Whereas, the parties have agreed to engage in settlement discussions in order to expeditiously resolve this case.

Whereas, the parties agree that it would aid in settlement discussions if the case management conference and corresponding dates are reset to approximately one month later.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, that:

- The last date to meet and confer regarding initial disclosures, ADR process selection, and

a discovery plan is November 2, 2009.

- The last date to file a Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report, and file Joint Case Management Statement is November **6**, 2009.

- The case management conference is reset to November 16th at 10:00 am.

DATED: September 8, 2009

BINGHAM McCUTCHEN LLP

By: /s/ James Severson
James Severson
Jacqueline Bronson
Attorneys for Defendant
T-MOBILE USA, INC.

DATED: September 8, 2009

SWEENEY, MASON, WILSON & BOSOMWORTH

By: /s/ Kurt E. Wilson
Kurt E. Wilson
Attorneys for Plaintiff

**IT IS SO ORDERED.** AS MODIFIED.

Dated: September 14, 2009

Hon. James Ware

2                             Case No.: C09-02322

STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE

A/73138416.1/3000083-0000340313