KURT E. WILSON, ESQ. (121163)
CAITLIN E. KAUFMAN, ESQ. (238424)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone:   (408) 356-3000
Facsimile:    (408) 354-8839

Attorneys for Plaintiff
MARINA KALINOWSKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA KALINOWSKI, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO.  C-09-02322 JW<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

4

5  Dated:  November 6, 2009

6                                                         By: _____/S/_____
7                                                             Plaintiff MARINA KALINOWSKI

8

9  Dated: November 6, 2009                **SWEENEY, MASON, WILSON &**
10                                         **BOSOMWORTH**

11
                                           By: _____/S/_____
12                                             KURT E. WILSON, ESQ.
                                               CAITLIN E. KAUFMAN, ESQ.
13                                             Attorneys for Plaintiff
                                               MARINA KALINOWSKI
14

15

16
   Dated:  November 6, 2009
17
                                           By: _____/S/_____
18                                             Defendant T-MOBILE USA, Inc.

19

20 Dated: November 6, 2009                **BINGHAM McCUTCHEN LLP**

21

22                                         By:_____/S/_____
                                               JAMES SEVERSON, ESQ.
23                                             JACQUELINE S. BRONSON, ESQ
                                               Attorneys for Defendant T-MOBILE USA, Inc.
24

25 **IT IS SO ORDERED:**

26 The Court terminates any remaining pending deadlines, hearing and motions. The Clerk shall close this file.

27 Dated: November 9, 2009                 _____
                                           United States District Judge
28

STIPULATION OF DISMISSAL                                                               2